# Third District Court of Appeal

## State of Florida

Opinion filed March 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1084
Lower Tribunal No. 2023-065684
_____

**Ricardo A. Cabrera,**

Appellant,

vs.

**Department of Business and Professional Regulation,**

Appellee.

An Appeal from the State of Florida, Department of Business & Professional Regulation.

Ricardo A. Cabrera, in proper person.

Brooke Elizabeth Adams, Chief Appellate Counsel (Tallahassee), for appellee.

Before LINDSEY, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed. See Fla. Admin. Code 28-106.111(4) ("Any person who receives written notice of an agency decision and who fails to file a written request for a hearing within 21 days waives the right to request a hearing on such matters."); Nicks v. Dep't of Bus. & Pro., etc., 957 So. 2d 65, 66 n.1 (Fla. 5th DCA 2007) ("When a party waives the right to challenge the factual allegations of an administrative complaint, either by requesting an informal hearing pursuant to section 120.57(2), Florida Statutes, or by failing to respond to the complaint at all, the facts of the complaint are deemed to be admitted. "); § 489.129(1)(d), Fla. Stat. (2025); see also Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979).